# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Keely D. Parr** | Attorney: |
| Plaintiff | Keely D. Parr |
| vs. | 51 Rhode Island Ave., NW, #3 |
|  | Washington, DC. 20001 |
| **Mashaallah Ebrahimian, et al** |  |
| Defendant |  |

**Case Number:** 1:07-cv-01718 *PLF*

Legal documents received by Same Day Process Service on September 26th, 2007 at 5:30 PM to be served upon **Rimcor, LLC at 7404 Executive Pl., #225A, Lanham, MD. 20706**

I, Brandon A. Snesko, swear and affirm that on **October 03rd, 2007 at 9:15 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint** to **Mashaallah Ebrahimian** as **President** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'6   Weight: 160   Skin Color: Middle Eastern   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004812

District of Columbia: SS
Subscribed and Sworn to before me,

this ____ day of October, 2007

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**RECEIVED**
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2005 Process Server Central, LLC. All rights reserved.

