# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| **United States District Court** | **District Of Columbia** |

**Keely D. Parr**

    Plaintiff

vs.

**Mashaallah Ebrahimian, et al**

    Defendant

Attorney:

Keely D. Parr
51 Rhode Island Ave., NW, #3
Washington, DC. 20001

**Case Number:** 1:07-cv-01718  PLF

Legal documents received by Same Day Process Service on September 26th, 2007 at 5:30 PM to be served upon **Timothy Walker at 2810 Foxglove Way, Upper Marlboro, MD. 20774**

I, B. Tony Snesko, swear and affirm that on **October 01st, 2007 at 9:02 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older to wit: **Cha Ka, Co-Tenant** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'4   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004899

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 4 day of October, 2007.

Notary Public, D.C.
My commission expires June 30, 2011

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.