# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Keely D. Parr** | Attorney: |
| Plaintiff | Keely D. Parr |
| vs. | 51 Rhode Island Ave., NW, #3 |
| | Washington, DC. 20001 |
| **Mashaallah Ebrahimian, et al** | |
| Defendant | |

**Case Number:** 1:07-cv-01718 PLF

Legal documents received by Same Day Process Service on September 26th, 2007 at 5:30 PM to be served upon **Mashaallah Ebrahimian at 7409 Prospect Hill Ct., Glenn Dale, MD. 20769**

I, Brandon A. Snesko, swear and affirm that on **September 30th, 2007 at 8:45 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older to wit: **Suzahn Ebrahimian, Co-Tenant & Daughter** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 21   Height: 5'4   Weight: 120   Skin Color: White   Hair Color: Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004897

District of Columbia : SS
Subscribed and Sworn to before me
this _1st_ day of _Oct_, _2007_

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT