UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

KEELY D. PARR )
)
    Plaintiff, )
)
v. ) Civil Action No.: 1:07-cv-01718 PLF
)
MASHAALLAH EBRAHIMIAN, et al., )
)
    Defendants. )
_____)

**MOTION FOR EXTENSION OF TIME**

    Plaintiff moves in accordance with Rule 6(b)(1) to extend the time to **December 4, 2007** within which to file a memorandum in opposition to Defendants Timothy Walker and the Walker Group, LLC's motion to dismiss and, in support thereof, states as follows:

    1.    Pursuant to Rules 6 (a) and (e), Plaintiff's opposition is currently due on November 2, 2007.

    2.    Due to numerous commitments, Plaintiff is unable to perform the research necessary to answer Defendant's motion within the time allotted.

    3.    Due to the gravity of Defendant's motion, i.e. the possibility that the counts of the complaint against Defendants be dismissed with prejudice, Plaintiff will be severely prejudiced if not given ample time to respond to the motion.

    4.    As the motion raises many issues and cites cases which Plaintiff must retrieve to amply respond to counsel's motion, Plaintiff and the Court would benefit from the thoroughness of Plaintiff's response.

RECEIVED

OCT 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

1       5.      Plaintiff has granted counsel for Defendants Mashaallah Ebrahamian and Rimcor

2   LLC an extension of time up to and including November 12, 2007 within which to answer the

3   Complaint.

4       6.      To form a meaningful response to Defendants' Motion to Dismiss, Plaintiff will

5   need extra time to consider the Answer to be filed by counsel for Defendants Mashaallah

6   Ebrahamian and Rimcor LLC.

7       7.      Plaintiff spoke to Juliane C. Miller, Esq., counsel for movants, on October 29,

8   2007, and requested additional time to respond to the Motion to Dismiss. Ms. Miller indicated

9   that she would check with her client and get back to me, however, as of the date of this filing,

10  she has not done so.

11      WHEREFORE, plaintiff respectfully requests this Court to extend plaintiff's time to

12  answer this motion to dismiss up to and including **December 4, 2007**.

13

14                                                  Respectfully submitted,

15

16                                                  _____
                                                    Keely D. Parr, *Pro se*
                                                    51 Rhode Island Avenue NW, #3
17                                                  Washington, DC 20001
                                                    925-890-9452

18

19                              **CERTIFICATE OF SERVICE**

20      I HEREBY CERTIFY that a true copy of the foregoing Motion for Extension of Time
    was served by first-class mail, postage prepaid, this 30th day of October, 2007 to David D.
21  Hudgins, Esq., Juliane C. Miller, Esq., at Hudgins Law Firm, 515 King Street, Suite 400,
    Alexandria, Virginia 22314 and to Robert C. Gill, Esq. at Saul Ewing, LLP, 2600 Virginia
22  Avenue, N.W., Suite 1000, The Watergate, Washington, DC 20037.

23                                                  _____
                                                    Keely D. Parr, *Pro se*
24

25                                                  _____

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

KEELY D. PARR,                           )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )   Civil Action No. 1:07-cv-01718 PLF
                                         )
MASHAALLAH EBRAHIMIAN, et al.,           )
                                         )
    Defendants                           )
_____)

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS TIMOTHY WALKER AND THE WALKER GROUP LLC'S MOTION TO DISMISS**

Wherefore, upon consideration of Plaintiff's Motion for Extension of Time, and any opposition thereto, it is this _____ day of _____, 2007, hereby,

ORDERED, that the Motion for Extension of Time be Granted; and it is further,

ORDERED, that the time within which Plaintiff has to file a memorandum in opposition to Defendants Timothy Walker and The Walker Group LLC's Motion to Dismiss be extended up to and including **December 4, 2007**.

It is so Ordered.

                                         _____
                                         The Honorable Paul L. Friedman
                                         United States District Court
                                         District of Columbia

Keely D. Parr
51 Rhode Island Avenue NW, #3
Washington, DC 20001
Telephone: 925-890-9452

-1-

-2-

1   Copies to:

2   Robert C. Gill, Esq.
    SAUL EWING, LLP
3   2600 Virginia Avenue, N.W.
    Suite 1000 – The Watergate
4   Washington, DC 20037-1922
5   Telephone: 202-295-6605

6
    David D. Hudgins, Esq.
7   Juliane C. Miller, Esq.
    HUDGINS LAW FIRM
8   515 King Street, Suite 400
    Alexandria, Virginia 22314
9   Telephone: 202-739-3300

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KELLY MALA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0873 |
| SCOTT ANDERSON, *et al.*, | ) |
| Defendants. | ) |

### ORDER

It is hereby

ORDERED that the "Motion by Plaintiff Oppos[]ing Transfer Order," which the Court construes as a motion to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure, is DENIED.

SO ORDERED.

Date: 6/7/07

/s/ Henry H. Kennedy
United States District Judge