UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEELY D. PARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01718 |
| | ) |
| MASHAALLAH EBRAHAMIAN, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

WILL THE CLERK OF COURT please modify the court record to show that Juliane C. Miller, Esquire, counsel for Timothy Walker and Walker Group, LLC is now associated with Hudgins Law Firm, 515 King Street, Suite 400, Alexandria, Virginia 22314.

Respectfully submitted,<br>
**TIMOTHY WALKER**<br>
**WALKER GROUP, LLC**

By: _____
Counsel

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for Timothy Walker and Walker Group, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing Notice of Change of Address was served via mail this 1st day of November, 2007 to Keely D. Parr, *Pro Se,* 51 Rhode Island Avenue, NW, #3, Washington, D.C. 20001.

_____
Counsel