# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEELY D. PARR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:07-cv-01718** |
| | ) | |
| **MASHAALLAH EBRAHAMIAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' TIMOTHY WALKER AND THE WALKER GROUP, LLC'S
## REPLY TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

Defendants Timothy Walker and the Walker Group, LLC, by counsel, reply to
Plaintiff's Motion for an Extension of Time to Respond to their Motion to Dismiss and
state as follows:

1.      Defendants' Motion to Dismiss was filed on October 19, 2007.  On
October 29, 2007, plaintiff contacted defense counsel for the first time and advised that
her opposition was due on November 2, and asked if she could have an approximate one
month extension until December 4, 2007, within which to respond.

2.      Plaintiff correctly represents that defense counsel advised that she would
need to consult with her client prior to responding to the request for an extension.
However, contrary to plaintiff's representation to this Court, defense counsel did in fact
call plaintiff's counsel the very next day (October 30) and offered an extension of time to
November 12, 2007.  As requested, the call was made to plaintiff's place of employment
with the District of Columbia Bar during business hours and a message was left for
plaintiff offering an extension to November 12, 2007 to respond.

WHEREFORE, defendants Timothy Walker and the Walker Group respectfully
request that should this Honorable Court grant plaintiff an extension of time within which

to respond to their Motion to Dismiss that it allow plaintiff until November 12, 2007, to respond.

Respectfully submitted,

**TIMOTHY WALKER**
**WALKER GROUP, LLC**

By:    _____
       Counsel

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for Timothy Walker and Walker Group, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendants' Timothy Walker and The Walker Group, LLC's Reply to Plaintiff's Request for Extension of Time was served by first-class mail, postage prepaid, this 1st day of November, 2007 to Keely D. Parr, *Pro Se,* 51 Rhode Island Avenue, NW, #3, Washington, D.C. 20001.

_____
Counsel

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEELY D. PARR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:07-cv-01718** |
| | ) | |
| **MASHAALLAH EBRAHAMIAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of the Motion for Extension of Time filed by Plaintiff Kelly Parr, and the Reply of Defendants Timothy Walker and the Walker Group, LLC, it is hereby,

ORDERED that the Motion for Extension of Time be and the same hereby is Denied; and it is further,

ORDERED that plaintiff shall file her responsive to the Motion to Dismiss filed by Timothy Walker and the Walker Group, LLC on or before

_____.

It is so Ordered.

_____
Judge, United States District Court, District of Columbia

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for Timothy Walker and Walker Group, LLC*


Keely D. Parr
51 Rhode Island Avenue, NW, #3
Washington, D.C. 20001