UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEELY D. PARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01718 |
| | ) |
| MASHAALLAH EBRAHAMIAN, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

THE CLERK OF THIS HONORABLE COURT will please note the entry of appearance of **David D. Hudgins, Esquire, HUDGINS LAW FIRM, P.C.**, as counsel for Defendant Timothy Walker and Walker Group, LLC.

                                                Respectfully submitted,
                                                **TIMOTHY WALKER**
                                                **WALKER GROUP, LLC**

By: _/s/_____
                                                Counsel

David D. Hudgins, Esquire (DC Bar #362451)
Juliane C. Miller, Esquire (DC Bar #446783)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300
(703) 739-3700 (fax)
dhudgins@hudginslawfirm.com
jmiller@hudginslawfirm.com
*Counsel for Timothy Walker and Walker Group, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was served via mail this 1st day of November, 2007 to Keely D. Parr, *Pro Se*, 51 Rhode Island Avenue, NW, #3, Washington, D.C. 20001.

                                                                     _____
                                                                       Counsel