UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

KEELY D. PARR                           )
                                        )
    Plaintiff,                          )
                                        )
v.                                      ) Civil Action No.: 1:07-cv-01718 PLF
                                        )
MASHAALLAH EBRAHIMIAN, et al.,          )
                                        )
    Defendants.                         )
_____)

### SUPPLEMENT TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

In her original motion, Plaintiff had advised the Court that she had not heard back from Juliane C. Miller, counsel for movants, as of the date of the filing of Plaintiff's motion for extension of time. Plaintiff now supplements that motion for the purpose of advising the Court as follows:

1.     Ms. Miller left Plaintiff a voice mail agreeing to extend the time to respond to Defendants Timothy Walker and the Walker Group LLC's motion to dismiss until November 12, 2007.

2.     When Plaintiff spoke to Ms. Miller on October 29, 2007, Ms. Miller asked whether Defendants Mashaallah Ebrahimian and Rimcor LLC were going to file an Answer. Plaintiff responded that she had granted the Defendants an extension up to and including November 12, 2007 for their counsel to file an Answer.

3.     Clearly, Defendants Timothy Walker and The Walker Group, LLC are attempting to strategically take advantage of Plaintiff's good will in granting Defendants Mashaallah Ebrahimian and Rimcor LLC an extension to file their Answer. Had Plaintiff not granted the extension, she would have had the benefit of Defendants' answer prior to being required to file

RECEIVED

OCT 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 her opposition. It is neither equitable nor just to penalize Plaintiff's exercise of good faith by

2 making her Opposition due before she has the benefit of analyzing Defendants Mashallah

3 Ebrahimian and Rimcor LLC's answer.

4   4.   Moreover, as previously indicated, and for the reasons specified, Plaintiff will need more

5 time than an additional ten (10) days to analyze movant's Motion to Dismiss and to draft and file

6 a proper response thereto.

7   5.   For all of these reasons, Plaintiff requests that her motion for the extension of time to

8 answer the motion to dismiss up to and including December 4, 2007 be granted.

Respectfully submitted,

Keely D. Parr, *Pro se*
51 Rhode Island Avenue NW, #3
Washington, DC 20001
925-890-9452

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion for Extension of Time was served by first-class mail, postage prepaid, this 31th day of October, 2007 to David D. Hudgins, Esq., Juliane C. Miller, Esq., at Hudgins Law Firm, 515 King Street, Suite 400, Alexandria, Virginia 22314 and to Robert C. Gill, Esq. at Saul Ewing, LLP, 2600 Virginia Avenue, N.W., Suite 1000, The Watergate, Washington, DC 20037.

Keely D. Parr, *Pro se*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEELY D. PARR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-01718 PLF |
| MASHAALLAH EBRAHIMIAN, et al., | ) |
| Defendants | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS TIMOTHY WALKER AND THE WALKER GROUP LLC'S MOTION TO DISMISS**

Wherefore, upon consideration of Plaintiff's Motion for Extension of Time, and any opposition thereto, it is this _____ day of _____, 2007, hereby,

ORDERED, that the Motion for Extension of Time be Granted; and it is further,

ORDERED, that the time within which Plaintiff has to file a memorandum in opposition to Defendants Timothy Walker and The Walker Group LLC's Motion to Dismiss be extended up to and including **December 4, 2007**.

It is so Ordered.

_____
The Honorable Paul L. Friedman
United States District Court
District of Columbia

Keely D. Parr
51 Rhode Island Avenue NW, #3
Washington, DC 20001
Telephone: 925-890-9452

-2-

1   <u>Copies to:</u>

2   Robert C. Gill, Esq.
    SAUL EWING, LLP
3   2600 Virginia Avenue, N.W.
    Suite 1000 – The Watergate
4   Washington, DC 20037-1922
5   Telephone: 202-295-6605

6
    David D. Hudgins, Esq.
7   Juliane C. Miller, Esq.
    HUDGINS LAW FIRM
8   515 King Street, Suite 400
    Alexandria, Virginia 22314
9   Telephone: 202-739-3300

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25