RECEIVED
NOV 21 2007
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEELY D. PARR ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 1:07-cv-01718 PLF |
| MASHAALLAH EBRAHIMIAN, et al., ) | |
| Defendants. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff moves in accordance with Rule 6(b)(1) to extend the time to **December 18, 2007** within which to file a memorandum in opposition to Defendants Mashaallah Ebrahimian and Rimcor, LLC's motion to dismiss and, in support thereof, states as follows:

1. Pursuant to Rules 6 (a) and (e), Plaintiff's opposition is currently due on November 26, 2007.

2. Due to numerous commitments, Plaintiff is unable to perform the research necessary to answer Defendant's motion within the time allotted.

3. As the motion raises many issues and cites cases which Plaintiff must retrieve to amply respond to counsel's motion, Plaintiff and the Court would benefit from the thoroughness of Plaintiff's response.

4. On November 20, 2007, Plaintiff spoke with Shannon H. Bates, counsel for Defendants who agreed to Plaintiff's extension of time within which to answer Defendants motion to dismiss.

WHEREFORE, plaintiff respectfully requests this Court to extend plaintiff's time to answer this motion to dismiss up to and including **December 18, 2007**.

1
2
3                                        Respectfully submitted,
4
                                         _____
                                         Keely D. Parr, *Pro se*
5                                        51 Rhode Island Avenue NW, #3
                                         Washington, DC 20001
6                                        925-890-9452

7                        **CERTIFICATE OF SERVICE**

8    I HEREBY CERTIFY that a true copy of the foregoing Motion for Extension of Time
was served by first-class mail, postage prepaid, this 21st day of November, 2007 to David D.
9    Hudgins, Esq., Juliane C. Miller, Esq., at Hudgins Law Firm, 515 King Street, Suite 400,
Alexandria, Virginia 22314 and to Robert C. Gill, Esq., Shannon H. Bates, Esq. at Saul Ewing,
10   LLP, 2600 Virginia Avenue, N.W., Suite 1000, The Watergate, Washington, DC 20037.

11
                                         _____
12                                       Keely D. Parr, *Pro se*

13
14
15
16
17
18
19
20
21
22
23
24
25