IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEELY D. PARR, )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 1:07-cv-01718 (PLF)
 )
MASHAALLAH EBRAHAMIAN, et al., )
 )
      Defendants. )

### DEFENDANTS MASHAALLAH EBRAHIMIAN AND RIMCOR, LLC'S MOTION TO ENLARGE TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Defendants Mashaallah Ebrahimian and Rimcor, LLC (collectively, "Defendants"), by counsel, move this Court to enlarge the time by which Defendants shall reply to Plaintiff's opposition to Defendant's motion to dismiss by 10 days, from January 2, 2008 to January 14, 2008. The grounds for this Motion are fully set forth in the accompanying Memorandum.

Respectfully submitted,

_____/s/ Robert C. Gill_____
Robert C. Gill (DC Bar # 413163)
Shannon H. Bates (DC Bar # 480186)
Saul Ewing LLP
2600 Virginia Avenue, N.W., Suite 1000
The Watergate
Washington, D.C. 20037
(202) 295-6605 Tel.
(202) 295-6705 Fax

*Counsel for Defendants Mashaallah Ebrahimian and Rimcor, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEELY D. PARR,<br><br>       Plaintiff,<br>v.<br><br>MASHAALLAH EBRAHAMIAN, et al.,<br><br>       Defendants. | Civil Action No. 1:07-cv-01718 (PLF) |

**DEFENDANTS MASHAALLAH EBRAHIMIAN AND RIMCOR, LLC'S
MEMORANDUM IN SUPPORT OF THEIR MOTION TO ENLARGE TIME TO
REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Defendants Mashaallah Ebrahimian ("Ebrahimian") and Rimcor, LLC ("Rimcor") (Ebrahimian and Rimcor shall be collectively referred to as "Defendants"), by counsel, submit the following memorandum in support of their Motion:

1. On November 12, 2007, Defendants filed their motion to dismiss in this matter.

2. Plaintiff's opposition to Defendants' motion to dismiss would have been due on November 26, 2008. Plaintiff requested however, and Defendants consented to, an extension of time until December 18, 2007 to oppose Defendants' motion to dismiss. The Court entered an order granting Plaintiff's motion requesting this relief on November 28, 2007.

3. Plaintiff filed her opposition to Defendants' motion to dismiss on December 18, 2007. Any reply to Plaintiff's opposition would be due on January 2, 2008.

4. Because Defendants consented to an extension of time for Plaintiff to file her opposition to Defendants' motion to dismiss, Defendants deadline to file a reply to Plaintiff's opposition would fall immediately after the Christmas and New Year holidays. Counsel to Defendants had other Court deadlines and previously scheduled vacations during the Christmas and New Year holidays that make it difficult for Defendants to file a reply by January 2, 2008,

and Defendants request that the time within which they must file a reply be enlarged to January 14, 2008.

5.   Defendants' counsel contacted Plaintiff and requested the relief sought herein. Plaintiff declined to consent to the relief Defendants seek.

WHEREFORE, for the foregoing reasons, Defendants Mashaallah Ebrahimian and Rimcor, LLC respectfully request that their Motion be granted.

### LCvR7(m) CERTIFICATION STATEMENT

Pursuant to LCvR 7(m) of the Local Rules of the United States District Court for the District of Columbia, Defendants have addressed the subject of their motion to enlarge time to reply to Plaintiff's opposition to Defendants' motion to dismiss prior to filing the motion to enlarge. Defendants' attempts have been unsuccessful and Defendants must seek further redress with the Court.

Respectfully submitted,

/s/ Robert C. Gill
Robert C. Gill (DC Bar # 413163)
Shannon H. Bates (DC Bar # 480186)
Saul Ewing LLP
2600 Virginia Avenue, N.W., Suite 1000
The Watergate
Washington, D.C. 20037
(202) 295-6605 Tel.
(202) 295-6705 Fax

*Counsel for Defendants Mashaallah Ebrahimian and Rimcor, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of January, 2008, a true and correct copy of Defendants Mashaallah Ebrahimian and Rimcor, LLC's Motion to Enlarge Time to Reply to Plaintiff's Opposition to Motion to Dismiss, memorandum in support thereof, and proposed Order were served, via electronic filing and first-class U.S. Mail postage-prepaid, upon:

Keely D. Parr
51 Rhode Island Avenue, NW
Unit #3
Washington, D.C. 20001
*Pro Se Plaintiff*

David D. Hudgins, Esq.
Juliane C. Miller, Esq.
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314
*Counsel for Timothy Walker & Walker Group, LLC*

                                        /s/ Robert C. Gill
                                        Robert C. Gill

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEELY D. PARR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 1:07-cv-01718 (PLF) |
| | ) |
| MASHAALLAH EBRAHAMIAN, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the court on defendants Mashaallah Ebrahimian and Rimcor, LLC's (collectively, "Defendants") Motion to Enlarge Time to Reply to Plaintiff's Opposition to Motion to Dismiss (the "Motion").

Upon consideration of the Motion, and it appearing to the Court that good cause exists to do so, it is

ORDERED that Defendants' Motion is granted; it is

FURTHER ORDERED that Defendants shall file any reply to Plaintiff's opposition to Defendants' motion to dismiss on January 14, 2008.

Entered on this____ day of _____, 2008.

_____
Paul L. Friedman
United States District Court Judge