**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KEELY D. PARR,                          \*
                                         \*
       Plaintiff                         \*
                                         \*
v.                                       \*    Civil Action No.: 1:07-cv-01718 PLF
                                         \*
MASHAALLAH EBRAHIMIAN, et al.,           \*
                                         \*
       Defendants.                       \*
                                         \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF CHANGE OF ADDRESS

Plaintiff hereby notifies the Court to direct all correspondence to Plaintiff as follows:

Keely D. Parr

C/o Joseph Parr

625 Avenue V, #C2

Brooklyn, NY 11223

Respectfully submitted,

_____
Keely D. Parr, *Pro se*
C/o Joseph Parr
625 Avenue V, #C2
Brooklyn, N.Y. 11223
925-890-9452

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing Plaintiff's notice of change of address was served by first-class mail, postage prepaid, this 13th day of May, 2008 to David D. Hudgins, Esq., Juliane C. Miller, Esq., at Hudgins Law Firm, 515 King Street, Suite 400, Alexandria, Virginia 22314 and to Robert C. Gill, Esq., Shannon H. Bates, Esq. at Saul Ewing, LLP, 2600 Virginia Avenue, N.W., Suite 1000, The Watergate, Washington, DC 20037.

_____
Keely D. Parr, *Pro se*