UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEELY D. PARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1718 (PLF) |
| | ) |
| MASHAALAH EBRAHAMIAN et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OPINION AND ORDER

Defendants Mashaallah Ebrahamian and Rimcor LLC have filed a motion to strike plaintiff Keely Parr's cross-motion for summary judgment, or, in the alternative, to set a briefing schedule. Dkt. No. 123. The defendants note that Ms. Parr filed an opposition to their own motion for summary judgment in which she simultaneously cross-moved for summary judgment, but argue that (1) one cannot both oppose and move in the same document (which generally is correct), and (2) her cross-motion is untimely given that the Scheduling Order established by this Court set a deadline of November 20, 2013, for the filing of all dispositive motions. See Minute Order (Sept. 29, 2013).

Although the defendants are correct to point out that Ms. Parr's cross-motion is untimely, the Court acknowledges that the plaintiff is proceeding *pro se*, and that *pro se* litigants are generally held to less stringent standards than are hired counsel. See Koch v. Walter, 934 F. Supp. 2d 261, 266 (D.D.C. 2013).[1] The Court therefore will deny the defendants' motion to the extent it seeks to strike the plaintiff's cross-motion for summary judgment, and, instead, it will

---
[1] The Court notes, however, that Ms. Parr is trained as an attorney and has been litigating this case for several years.

set a schedule pursuant to which defendants will be able to respond to Ms. Parr's cross-motion.

Accordingly, it is hereby

ORDERED that defendants Mashaallah Ebrahamian and Rimcor LLC's Motion to Strike Plaintiff's Cross-Motion for Summary Judgment, or, in the Alternative, to Set a Briefing Schedule [Dkt. No. 123] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that the defendants shall file their opposition to the plaintiff's cross-motion for summary judgment on or before March 3, 2014; and it is

FURTHER ORDERED that the plaintiff shall file her reply to the defendants' opposition on or before March 24, 2014.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 31, 2014